IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES SHEET METAL WORKERS' NATIONAL PENSION FUND, *et al.*, <br>     *Plaintiffs*, <br> v. <br><br> WYNTER'S HVAC, INC., <br><br>     *Defendant*. | No. 1:25-cv-222 (PTG/LRV) |

## ORDER

  This matter comes before the Court on the December 9, 2025 Report and Recommendation ("R&R") from Magistrate Judge Lindsey R. Vaala regarding Plaintiffs' Motion for Default Judgment as to Defendant Wynter's HVAC, Inc. Dkt. 13. Judge Vaala advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. *Id.* at 16. To date, no objections have been filed.

  Having conducted a de novo review of the record, the Court **APPROVES** and **ADOPTS** the findings of the Magistrate Judge in full, as follows.

  It is hereby

  **ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt. 7) is **GRANTED**; it is further

**ORDERED** that judgment is **ENTERED** by default in favor of Plaintiffs and against Defendant Wynter's HVAC, Inc. in the total sum of $154,493.71,[1] plus additional interest accruing between May 30, 2025 and the satisfaction of the unpaid contributions. It is further

**ORDERED** that Defendant produce outstanding reports for the period of October 2022 through May 2023. This Court retains jurisdiction to enter judgment for any additional amounts that may become due and owing upon Defendant's production of these reports; it is further

**ORDERED** that Plaintiffs are awarded reasonable attorney's fees in the amount of $6,591.00 and costs in the amount of $555.72, totaling $7,146.72.

This Court shall maintain jurisdiction of the case for the purpose of enforcing this Order. If Defendant fails to comply with any of the terms of this Order, Plaintiffs may, in addition to pursuing the remedies provided under Fed. R. Civ. P. 69, reopen this case upon motion to this Court and notice to the Defendant, and may, at that time, ask for further appropriate monetary and/or injunctive relief, including any additional reasonable attorneys' fees and costs incurred in connection with this case, such as, those incurred to enforce and collect on this judgment.

---

[1] The total sum of $154.493.71 can be broken down as follows:

> For January 2020 through December 2021: (i) contributions in the amount of $56,060.50; (ii) interest calculated at the rate of 0.0233% percent per day, compounded daily, from the date due through May 30. 2025, in the amount of $25,802.71: (iii) liquidated damages in the amount of $25.802.71; and (iv) audit testing fees in the amount of $1,230.00. Total of $108,895.92.

> For August 2022 through May 2023: (i) contributions in the amount of $31,141.87; (ii) interest calculated at the rate of 0.0233% percent per day. compounded daily, from the date due through May 23. 2025. in the amount of $7,227.96: and (iii) liquidated damages in the amount of $7,227.96. Total of $45,597.79

The Clerk of Court is directed to enter judgment in favor of Plaintiffs, and against Defendant, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further directed to forward a copy of this Order to all parties of record.

To appeal this decision, Defendant must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendant wants to appeal. Defendant need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendant's right to appeal this decision.

Entered this 11th day of March, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge

3